# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Winner International Royalty, LLC ) | |
| ) | Case No. 24-cv-5709 |
| v. ) | |
| ) | Judge: Hon. Virginia M. Kendall |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Jeffrey T. Gilbert |
| IDENTIFIED ON SCHEDULE A ) | |
| ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff voluntarily dismiss any and all claims against all defendants without prejudice for the following Defendants:

| Doe | Store | Merchant ID |
|---|---|---|
| 35 | AUMOHALL Official Store | 1100742870 |
| 36 | Kacar Electronic Trade Co.,Ltd. | 1100779853 |
| 37 | AUMOHALL Car Decor Store | 1100828688 |
| 64 | Retel CAR Supplies Firm | 1100811678 |
| 65 | Hoho Auto Accessories Club | 1100825025 |
| 67 | AutoXbert Store | 1101246361 |
| 139 | Long Time Trading | A37TO91FR7L9R8 |
| 142 | CHENTAITRADING | A3BSKDVG8I0OKG |
| 151 | yiyasu-us | A3TGYA8OLHI4PR |
| 165 | 711caraccessories | 7-11-Car-Accessories |
| 274 | machinegun202 | italymechanic |
| 327 | topupautoit19 | topupauto-it19 |

Dated: September 3, 2024              Respectfully submitted,

By:   s/David Gulbransen/
      David Gulbransen

Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
david@gulbransenlaw.com