IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Winner International Royalty, LLC | ) | |
| | ) | Case No. 24-cv-5709 |
| v. | ) | |
| | ) | Judge: Hon. Virginia M. Kendall |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Jeffrey T. Gilbert |
| IDENTIFIED ON SCHEDULE A | ) | |
| | ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff voluntarily dismiss any and all claims against all defendants without prejudice for the following Defendants:

| Doe | Store | Merchant ID |
|---|---|---|
| 7 | Ningbo Era Vehicle Co., Ltd. | eravehicle |
| 2 | Xi'an Abiram Import And Export Trading Co., Ltd. | autoperks |
| 6 | Zhejiang Dingtian Traffic Facilities Co., Ltd. | dingwang |
| 16 | Ningbo Shibo Traffic Facilities Co., Ltd. | nbshibo |
| 19 | E-Motor Industries International Shanghai Co., Ltd. | oklead |
| 22 | Qingdao Thinkwell Hardware& Machinery Co., Ltd. | qdthinkwell |
| 23 | Chengdu Ruisijie Intelligent Technology Co., Ltd. | ricj |
| 28 | Jiangxi Songcheng Technology Co., Ltd. | songcheng2019 |
| 31 | Beijing Wistron Technology Limited | wistronchina |
| 95 | FORCE CAR | A18TK3WJANCTLL |
| 106 | ChengMaiYuHanShangMaoYouXianGongSi | A1NLI62SBLOF1 |
| 148 | CoastalCharm Living Essentials | A3M5SZ0A839F72 |
| 169 | afautoparts | afautoparts |
| 174 | auto123united | auto123united |
| 176 | autobrother | Auto-Brother |
| 181 | autopartsoutlets | autopartsoutlets |

| 184 | autopartszone4usa | Autopartszone4usa |
|---|---|---|
| 186 | autostar2001 | AutoStar2001 |
| 187 | autostarforusa | autostarforusa |
| 209 | carmocarshop | CARMOCARSHOP |
| 210 | carmorecar2017 | For Real Shop |
| 250 | jautoparts | j-autoparts |
| 251 | jdmautoparts2021 | jdm-auto-parts2021 |
| 252 | jdmspeedmotor2021 | jdmspeedmotor2021 |
| 253 | jdmspeedparts | jdmspeed-parts |
| 256 | kingwayshop | Kingwayshop |
| 257 | kmotorwholesales | Kmotor Wholesales |
| 263 | love4kikidirect | Love4kiki-Direct |
| 276 | makemotorgreat2020 | makemotorgreat2020 |
| 278 | mohomze | mohomze |
| 281 | MTHOUSE | mthouse |
| 307 | ruianseller | RUIANSELLER |
| 308 | ryanfastautoparts | HQS-autoparts |
| 309 | savingplus | savingplus |
| 314 | speedmotor2012 | speedmotor2012 |
| 320 | susansautopartsstore | Susan's Auto Parts Store |
| 323 | toolsempire | toolsempire |
| 328 | turbochargermaster | turbochargermaster |
| 344 | xpowerperformance | JDMSPEED |
| 371 | dingdingjie Auto Parts | 6222411874 |
| 409 | hangzhousuyaomaoyiyouxiangongsi | 101660260 |
| 410 | Happybuy Store | 101066003 |
| 412 | Cook & Dine Specialist | 101081251 |
| 420 | dukui | 101563255 |

Dated: September 8, 2024   Respectfully submitted,

By:   s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302

2

(312) 361-0825 p.
david@gulbransenlaw.com